IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| G. L. STEWART, LLC, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. CV 109-091 |
| BOB RICHARDS CHEVROLET COMPANY, INC., and ROBERT P. RICHARDS, | * |
| Defendants. | * |

## ORDER

The Parties, acting through counsel, having filed with the Clerk a Stipulation of Dismissal With Prejudice this civil action,

**IT IS HEREBY ORDERED** that said notice of dismissal is **APPROVED**, and this civil action is hereby **DISMISSED** with prejudice. Each party shall bear its own attorneys' fees and costs.

**SO ORDERED** this 29th day of June, 2010 at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA